IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RAYMOND HANLEY; MARSHA HANLEY;     )
HANLEY LIMITED PARTNERS, LLC,      )   2:11-cv-02682-GEB-EFB
                                   )
              Plaintiffs,          )
                                   )   ORDER*
         v.                        )
                                   )
DOCTORS EXPRESS FRANCHISING,       )
LLC; RHINO 7 CONSULTING COMPANY;   )
and DOES 1 through 25,             )
inclusive,                         )
                                   )
              Defendants.          )
_____   )
```

Pending are motions for dismissal of Plaintiff's Complaint. However, since this case was removed from state court by Defendant Doctors Express Franchising, LLC ("Doctors Express") on the basis of diversity removal jurisdiction which has not been shown to exist, this case will be remanded to the state court from which it was removed.

"There is a strong presumption against removal jurisdiction, and the removing party has the burden of establishing that removal is proper." Lindley Contours, LLC v. AABB Fitness Holdings, Inc., 2011 WL 398861, at *1 (9th Cir. Feb. 8, 2011) (internal quotation marks omitted). Doctors Express has not sufficiently alleged the citizenship of all owners/members of Plaintiff Hanley Limited Partners, LLC or

---

\* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Defendant Doctors Express Franchising, LLC. "For purposes of diversity jurisdiction, . . . a limited liability corporation is a citizen of all of the states of which its owners/members are citizens. . . . [T]he citizenship of all members of limited liability corporations . . . [must] be alleged." Id.

Since the removant has failed to show diversity of citizenship removal jurisdiction, this case is remanded to the Superior Court of the County of Sacramento as required by 28 U.S.C. § 1447(c).

Dated:  November 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge